**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                         ) | 4:15 CR 00224 BSM |
| ) | |
| RICHARD DUANE JOHNS, et al.         ) | |

## MOTION TO SUPPRESS EVIDENCE

Richard Duane Johns, through his attorneys, Paul James and Bud Cummins, moves this Honorable Court to suppress the following evidence:

All tangible evidence seized by law enforcement officers or others pursuant to warrants issued in the Circuit Court of Lonoke County, Arkansas on December 1, 2014; January 12, 2015; February 9, 2015; or May 4, 2015, obtaining data from the Arkansas Prescription Monitoring Program (PMP), and the resulting "fruits" derived from the review by investigators of that PMP evidence including but not limited to:

a) Any written and oral statements made by any person identified through examination of PMP data, including, but not limited to, those individuals identified as CI 1 and CI;

b) Testimony of any witness identified as a result of examining PMP data in this case;

c) Testimony of law enforcement officers or others concerning any information discovered in PMP data, or discovered as a result of information or witnesses found or identified in the PMP data;

d) Tangible evidence later seized in the investigation through execution of warrants issued based in whole or in part on information resulting or derived from the review of PMP data; or

e) Electronic recordings of any kind obtained through the cooperation of any witness identified through the use of PMP data.

The defendant attaches the following exhibits and a brief in support of this motion:

    **EXHIBIT A-** Warrant authorizing search of PMP data issued December 1, 2014.

    **EXHIBIT B-** Lonoke Police Department Report- M Scroggins Statement

    **EXHIBIT C-** Lonoke County Phone Warrant

    **EXHIBIT D-** AR State Crime Laboratory Evidence Submission Form

    **EXHIBIT E-** Affidavit supporting PMP Warrant

    **EXHIBIT F-** Notes from the Lonoke County Police Report

    **EXHIBIT G-** Evidence Submission Form

    **EXHIBIT H-** January 12, 2015 Warrant

    **EXHIBIT I-** February 9, 2015 Warrant

    **EXHIBIT J-** May 4, 2015 Warrant

In support of this Motion to Suppress Evidence, Defendant would show the issuance of the PMP search warrant on December 1, 2014 and subsequent PMP warrants was illegal for three independent reasons:

I. The finding of probable cause was based on an uncorroborated hearsay statement provided by a person whose reliability and/or motivation was unknown to the investigators;

II. The scope of the warrant was overbroad and especially excessive in light of the confidential nature of the data searched; and therefore lacked the particularity required by the U.S. Constitution.

III. The PMP statute was applied unconstitutionally in violation of Dr. Johns' due process rights.

**WHEREFORE,** Defendant prays this Honorable Court schedule a hearing on this motion

and at the conclusion of that hearing find the issuance of the PMP warrants was unlawful, and that all evidence, tangible and intangible, oral or otherwise, obtained as a result of said warrant or derived from that evidence be suppressed and excluded from evidence in this case.

Respectfully submitted,

DEFENDANT RICHARD DUANE JOHNS

By: /s/ Bud Cummins
Bud Cummins (Ark. Bar No. 89010)
Law Offices of Bud Cummins PLC
1818 North Taylor, Suite 301
Little Rock, AR 72207
Telephone: (501) 831-6125
E-Mail: bud@budcumminslaw.com

and

/s/ Paul J. James
Paul J. James (Ark. Bar No. 83091)
James, Carter & Priebe, LLP
500 Broadway, Suite 400
Little Rock, AR 72201
Telephone: (501) 372-1414
Facsimile: (501) 372-1659
E-Mail: pjj@jamescarterlaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

  I, Bud Cummins, do hereby certify that on this 2nd day of September 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all attorneys of record.

                /s/ Bud Cummins
                BUD CUMMINS